# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: David Karling v. Samsara Inc,    Case Number: 1:22-cv-00295

An appearance is hereby filed by the undersigned as attorney for:

Samsara Inc.

Attorney name (type or print): Elena M. Olivieri

Firm: Jenner & Block LLP

Street address: 353 N. Clark St.

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6333159    Telephone Number: 312-222-9350
(See item 3 in instructions)

Email Address: EOlivieri@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/21/2022

Attorney signature:    S/ Elena M. Olivieri
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015