# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID KARLING, individually and on behalf all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:22-cv-00295<br>) |
| SAMSARA INC., a Delaware Corporation., | ) Hon. Sara L. Ellis<br>)<br>) |
| Defendant. | )<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday January 27, 2021, at 1:45 p.m., Counsel for Defendants shall appear before the Honorable Sara L. Ellis, Room 1403 at the United States District Court for the Northern District of Illinois, Everett M. Dirksen U.S. Court House, Chicago, Illinois via phone conference and shall then there present the attached: **Defendant Samsara Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint**, filed January 24, 2022, a true and correct copy of which is has been served upon counsel of record.


Dated:  January 26, 2022                     SAMSARA INC.

                                             By: */s/ David C. Layden*
                                                 One of its attorneys


David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

I certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*