IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KARLING, individually and on behalf all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-00295 |
| v. | ) ) Hon. Sara L. Ellis |
| SAMSARA INC., a Delaware Corporation, | ) ) ) ) |
| Defendant. | ) |

### DEFENDANT SAMSARA INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Samsara Inc. ("Samara") respectfully moves to dismiss the Complaint of Plaintiff David Karling ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).

The grounds for Samsara's Motion to Dismiss are set forth in the accompanying Memorandum in Support. In sum, for the following reasons, Samsara's motion should be granted:

a. Plaintiff's claims against Samsara are preempted by federal law.

b. Plaintiff's claims violate the Dormant Commerce Clause of the United States Constitution.

c. Plaintiff fails to plausibly allege a claim against Samsara under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.*

Pursuant to the Court's Case Procedures, on February 24, 2022, Samsara's counsel contacted Plaintiff's counsel, and determined that Plaintiff opposes Samsara's Motion to Dismiss.

WHEREFORE, for all the reasons set forth above and in its Memorandum in Support, Defendant Samsara Inc. respectfully requests that the Court grant the Motion to Dismiss and enter an Order dismissing the Complaint in its entirety and with prejudice, and providing for such other and further relief as is just and proper.

Dated: February 24, 2022

Respectfully submitted,

SAMSARA INC.

By: */s/ David C. Layden*
      One of its attorneys

David C. Layden
Elena M. Olivieri
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*