UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

David Karling
                           Plaintiff,

v.                                                 Case No.: 1:22–cv–00295
                                                             Honorable Sara L. Ellis

Samsara Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 11, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies Defendant Samsara Inc.'s motion to dismiss [15]. Enter Opinion and Order. The Court strikes the status date set for 7/12/2022 and resets it to 6/6/2023 at 9:30 a.m. Defendant&#039;s answer is due by 8/2/2022. The Court sets the following discovery schedule: Rule 26(a) disclosures are due by 9/2/2022; written discovery to issue by 9/16/2022, and fact discovery closes on 6/2/2023. The parties should file a joint status report by 5/30/2023 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to either dispositive motion practice or class certification briefing, and proposed schedules for expert discovery, class certification briefing, and summary judgment briefing, where applicable. [For further details see separate order]. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.