# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Karling, et al.
                              Plaintiff,

v.                                           Case No.: 1:22−cv−00295
                                                        Honorable Georgia N Alexakis

Samsara Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: Unopposed motion for leave to file a second amended complaint [144] [148] are granted. The amended complaint should be filed separately on the docket. Plaintiff's motion for leave to seal portions of the second amended complaint pursuant to the confidentiality order [146] is granted. No appearance is required on the motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.