**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID KARLING, individually and on behalf all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:22-cv-00295 |
| v. ) ) | Hon. Georgia N. Alexakis, District Judge |
| SAMSARA INC., a Delaware Corporation, ) ) | Hon. Young B. Kim, Magistrate Judge |
| Defendant. ) | |

## JOINT MOTION TO STAY

Plaintiff David Karling ("Plaintiff") and Defendant Samsara Inc. ("Samsara") respectfully move the Court for entry of an Order staying the deadlines in this action pending the parties' negotiation and execution of a settlement agreement that incorporates the parties' agreement in principle on terms of a class settlement. In support of their motion, the parties state as follows:

1. Since December 13, 2024, the parties have been engaged in expert discovery under a schedule established by Magistrate Judge Kim. (*See* Dkts. 170, 172, and 175.)

2. While they have been engaging in expert discovery, the parties have continued to discuss potential resolution, following up on a mediation held in May 2024. As a result of those discussions, Plaintiff and Samsara have reached agreement in principle on terms of a proposed class settlement.

3. To permit Plaintiff and Samsara to prepare a mutually-agreeable settlement agreement, and to avoid the unnecessary expenditure of judicial and party resources related to expert discovery, the parties respectfully request that the Court enter an order staying the current

case deadlines and directing the parties to file a joint status report in thirty (30) days advising the Court of the status of their preparation of and agreement upon settlement documentation.

WHEREFORE, for the reasons set forth above, Plaintiff and Samsara respectfully request that the Court grant this motion and enter an Order: (a) staying all deadlines in the action; and (b) directing the parties to file a joint status report in thirty (30) days advising the Court regarding the status of their preparation of and agreement upon settlement documentation.

Date:   February 5, 2025                    Respectfully submitted,

*/s/ Sean A. Petterson*                     */s/ David C. Layden*

Jason L. Lichtman                           David C. Layden
Sean A. Petterson                           Caroline L. Meneau
Muriel Kenfield-Kelleher                    Elena M. Olivieri
**LIEFF CABRASER HEIMANN &**                **JENNER & BLOCK LLP**
**BERNSTEIN LLP**                           353 N. Clark St.
250 Hudson Street, 8th Floor                Chicago, Illinois 60654
New York, New York 10013                    (312) 222-9350
Phone:  212-355-9500                        dlayden@jenner.com
jlichtman@lchb.com                          cmeneau@jenner.com
spetterson@lchb.com                         eolivieri@jenner.com
mkenfieldkelleher@lchb.com

*Counsel for Defendant*

Gary M. Klinger
Alexander E. Wolf
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, LLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: 312-224-8488
gklinger@milberg.com
awolf@milberg.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, David C. Layden, hereby certify that on February 5, 2025, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                                      */s/ David C. Layden*
                                                                       David C. Layden