# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

David Karling, et al.
                    Plaintiff,

v.                                          Case No.: 1:22−cv−00295
                                            Honorable Georgia N Alexakis

Samsara Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

    MINUTE entry before the Honorable Young B. Kim: Parties' joint motion to stay expert discovery [176] is granted. Parties report that they have an agreement in principle to resolve this case on a class−wide basis. All expert discovery is stayed until further order of the court. Parties are to email the court (settlement_statement_kim@ilnd.uscourts.gov) a detailed update on the status of the class settlement documents by February 19, 2025. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.