**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Karling, et al.
                          Plaintiff,

v.                                                   Case No.: 1:22–cv–00295
                                                      Honorable Georgia N Alexakis

Samsara Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties timely email the court an update on the status of the class settlement documents. Parties are to again update the court on the same by March 27, 2025. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.