## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Karling, et al.

                    Plaintiff,

v.

Samsara Inc.

                    Defendant.

Case No.: 1:22–cv–00295

Honorable Georgia N Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable Young B. Kim: Parties timely emailed the court an update on the status of the class settlement. Based on the update, expert discovery stay (R. 177) remains in place. Parties are to file their motion to dismiss with the presiding District Judge by November 6, 2025. All matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the presiding District Judge. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.